**E-FILED on** 3/31/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOUG LUNG and BOB TRAGNI as trustees of the Northern California-Northern Nevada Sound & Communications District No. 9 Health & Welfare Trust Fund,<br><br>Plaintiffs,<br><br>v.<br><br>TELCOM AND DATA SERVICES, INC., a California Corporation formerly doing business as TELCOM AND DATA SERVICES, INC. and TD SERVICES, INC.,<br><br>Defendants. | No. C-02-05712 RMW<br><br>ORDER TO SHOW CAUSE |

On March 21, 2003, the clerk entered the default of some but not all of the entities plaintiff sought default against. Nothing has happened in this case since. Plaintiff is ordered to show cause within twenty days why this case should not be dismissed for failure to prosecute.

DATED:    3/31/06                             /s/ Ronald M. Whyte
                                              RONALD M. WHYTE
                                              United States District Judge

ORDER TO SHOW CAUSE—No. C-02-05712 RMW
JAH

1 | **Notice of this document has been electronically sent to:**

2 | **Counsel for Plaintiffs:**

3 | Sue Campbell  suecampbell@att.net

4
5 | Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

6
7

8 | **Dated:**      3/31/06              /s/ JH
                                **Chambers of Judge Whyte**

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28