IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOUG LUNG, et al.,

           Plaintiff(s),

   v.

TELCOM & DATA SERVICES, INC.,

           Defendant(s).

*E-FILED - 4/6/06*

CASE NO.: C-02-05712-RMW

ORDER DISMISSING CASE WITH PREJUDICE

    This case has been reported as settled by plaintiff's counsel.  Therefore, the court takes any and all pending motions or other proceedings off calendar and authorizes the case to be administratively closed.

    It is also hereby ordered that the case is dismissed with prejudice.  If any party believes that the case should not have been dismissed, or if closing documents are not properly executed and exchanged on a timely basis, a motion to set aside the dismissal may be made within sixty (60) days of the date of this order.

DATED: 3/31/06

_Ronald M. Whyte_
_____
RONALD M. WHYTE
United States District Judge

1
2  Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28